**Electronically Filed
Supreme Court
SCWC-24-0000802
28-JUL-2026
07:11 AM
Dkt. 5 ODSAC**

SCWC-24-0000802

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

VINCENZO MOLA,
Respondent/Plaintiff/Counterclaim Defendant-Appellee,

vs.

INDIRA LOPEZ-RUIZ,
Petitioner/Defendant/Counterclaim Plaintiff-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000802; CASE. NO. 1DRC-24-0006118)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Jackson, assigned by reason of vacancy)

It appearing that the judgment on appeal in the above-referenced matter not having been filed by the Intermediate Court of Appeals at the time the application for writ of certiorari was filed, see Hawaiʻi Revised Statutes § 602-59(a) (2017); see also Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 36(b)(1) (2016),

It is ordered that Petitioner's application for writ of certiorari, filed July 24, 2026, is dismissed without prejudice to re-filing the application pursuant to HRAP Rule

40.1(a) (2023) ("The application shall be filed within thirty days after the filing of the intermediate court of appeals' judgment on appeal or dismissal order, unless the time for filing the application is extended in accordance with this rule.").

DATED:  Honolulu, Hawaiʻi, July 28, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Kauanoe A.D. Jackson

